UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

DARWIN ALEXANDER LANDAETA-
AVILA,                                                                  Petitioner,

v.                                                      Civil Action No. 4:26-cv-250-DJH

MARKWAYNE MULLIN, Secretary,
Department of Homeland Security et al.,                        Respondents.[1]

\* \* \* \* \*

## ORDER

Petitioner Darwin Alexander Landaeta-Avila, by counsel, filed a petition seeking a writ of habeas corpus under 28 U.S.C. § 2241.  Upon review of the petition, it is hereby

**ORDERED** as follows:

(1)      The Clerk of Court shall **serve** the United States Attorney for the Western District of Kentucky electronically at the following email address: ben.schecter@usdoj.gov.

(2)      The Clerk of Court shall **forward by certified mail, return receipt requested** one copy of the petition (Docket No. 1) and this Order on Respondent Arthur Maglinger.

(3)      The Court finds good cause under 28 U.S.C. § 2243 to set the schedule for the return and hearing as set forth below.

(4)      **On or before April 16, 2026**, Respondents shall **SHOW CAUSE** why the writ of habeas corpus should not be granted.  *See* 28 U.S.C. § 2243; Fed. R. Civ. P. 6(a).

(5)      Petitioner may file a reply **on or before April 17, 2026**.

---

[1] The last name of the Chicago U.S. Immigration and Customs Enforcement (ICE) Field Office Director is incorrectly spelled "Olsen" in the docket of this matter.  The Court will order that the respondent's last name be corrected to "Olson."

1

(6)     If either party requests an evidentiary hearing, they shall so advise the Court by written motion **on or before April 16, 2026**.  *See* 28 U.S.C. § 2243.  In the event of an evidentiary hearing, Petitioner may appear by Zoom if the option is available with the Daviess County Detention Center.   Counsel may contact the Court's case manager, Natalie Thompson, at NThompson@kywd.uscourts.gov to arrange for Petitioner to appear by Zoom.

(7)     The Clerk of Court is **DIRECTED** to correct the spelling of the last name of the Chicago ICE Field Office Director to "Olson" in the record of this matter.

April 13, 2026

**David J. Hale, Chief Judge**
**United States District Court**

2