UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

DARWIN ALEXANDER LANDAETA-
AVILA,                                                                                      Petitioner,

v.                                                                       Civil Action No. 4:26-cv-250-DJH

MARKWAYNE MULLIN, Secretary,
Department of Homeland Security et al.,                                   Respondents.

\* \* \* \* \*

## ORDER

In accordance with the Sixth Circuit's order of August 6, 2026, dismissing the appeal of

this matter (Docket No. 18), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this matter is **CLOSED** and **STRICKEN** from the Court's docket.

August 7, 2026

**David J. Hale, Chief Judge**
**United States District Court**